UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| SPV OSUS LTD., | : |
| | : |
|       **Plaintiff,** | : |
| | : |
|    v. | : |
| | : |
| HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK USA, NA, HSBC SECURITIES SERVICES (BERMUDA) LIMITED, HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED, HSBC BANK BERMUDA LIMITED, HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., HSBC BANK (CAYMAN) LIMITED, HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A., HSBC PRIVATE BANK (SUISSE) S.A., HSBC FUND SERVICES (LUXEMBOURG) S.A., SONJA KOHN, MARIO BENBASSAT, ALBERTO BENBASSAT, STEPHANE BENBASSAT, 20:20 MEDICI AG, UNICREDIT BANK AUSTRIA AG, BA WORLDWIDE FUND MANAGEMENT LTD., UNICREDIT S.P.A., HERALD ASSET MANAGEMENT LIMITED, EUROVALEUR, INC., PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED, ALPHA PRIME ASSET MANAGEMENT LTD., REGULUS ASSET MANAGEMENT LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, TEREO TRUST COMPANY LIMITED, GENEVALOR, BENBASSAT ET CIE, HERMES ASSET MANAGEMENT LIMITED, THEMA ASSET MANAGEMENT (BERMUDA) LTD., THEMA ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT PARTNERS, L.P., AURELIA FUND MANAGEMENT LIMITED, INTER ASSET MANAGEMENT INC., T+M TRUSTEESHIP & MANAGEMENT SVCS S.A., GTM MANAGEMENT SERVICES CORP. N.V., AURELIA ASSET MANAGEMENT PARTNERS, CAPE INVESTMENT | : : : : : : : : : : : : : : : : : : Case No. 18 Civ. 3497 : : : : : : : : : : : : : : : : : : |

| | |
|---|---|
| **ADVISORS LIMITED, and ERWIN KOHN,** | : |
| | : |
| **Defendants.** | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Carruba Asset Management Ltd., a private non-governmental party, that Carruba Asset Management Ltd.'s parent company is the Senator Fund Trust and no publically-held corporation owns 10% or more of its stock.

Dated:  New York, New York
        May 25, 2018

**DUFFYAMEDEO LLP**

By: /s/ Todd E. Duffy
        Todd E. Duffy
        Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Tel:    (212) 729-5832
Fax:    (212) 208-2437
Attorneys for Alpha Prime Asset Management Ltd., Regulus Asset Management Limited, Carruba Asset Management Limited, and Tereo Trust Company Limited.