# YetterColeman LLP

July 16, 2018

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

      Re:     Case No. 18-cv-3497; *SPV OSUS Ltd. v. HSBC Holdings PLC, et al.*; in the
              United States District Court of the Southern District of New York.

Dear Judge Nathan:

Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, Plaintiff hereby notifies this Court and all parties that it intends to file an amended pleading in this matter. Plaintiff requests that the Court set the filing deadline as August 15, 2018.

Sincerely yours,

Collin J. Cox

cc:   Thomas J. Moloney
      Shannon Rose Seldon
      Franklin B. Velie
      William P. Weintraub
      Susan L. Saltzstein
      Todd E. Duffy