UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SPV Osus Ltd.,

            Plaintiff,

—v—

HSBC Holdings PLC et al.,

            Defendants.

18-cv-3497 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Consistent with the Court's July 6, 2018 Order, Dkt. No. 55, the Court will allow the Plaintiff to file an amended complaint.

    SO ORDERED.

Dated: July 24, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge