UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
SPV OSUS LTD.,                                               :
:
                Plaintiff,                                :
:
   -against-                                                :
:
HSBC HOLDINGS PLC, HSBC BANK PLC,                            :
HSBC BANK USA, NA, HSBC USA INC.,                            :
HSBC SECURITIES SERVICES (BERMUDA)                           :
LIMITED, HSBC INSTITUTIONAL TRUST                            :
SERVICES (BERMUDA) LIMITED, HSBC                             :
BANK BERMUDA LIMITED, HSBC                                   :
SECURITIES SERVICES (LUXEMBOURG)                             :
S.A., HSBC BANK (CAYMAN) LIMITED,                            :
HSBC PRIVATE BANKING HOLDINGS                                :
(SUISSE) S.A., HSBC PRIVATE BANK                             :
(SUISSE) S.A., HSBC FUND SERVICES                            :
(LUXEMBOURG) S.A., SONIA KOHN,                               :
MARIO BENBASSAT, ALBERTO                                     :
BENBASSAT, STEHPANE BENBASSAT,                               :
20:20 MEDICI AG, UNICREDIT BANK                              :
AUSTRIA AG, BA WORLDWIDE FUND                                : Case No. 18 Civ. 3497
MANAGEMENT LTD., UNICREDIT S.P.A.,                           :
HERALD ASSET MANAGEMENT LIMITED,                             :
EUROVALEUR, INC., PIONEER                                    :
ALTERNATIVE INVESTMENT                                       :
MANAGEMENT LIMITED, ALPHA PRIME                              :
ASSET MANAGEMENT LTD., REGULUS                               :
ASSET MANAGEMENT LIMITED,                                    :
CARRUBA ASSET MANAGEMENT                                     :
LIMITED, TEREO TRUST COMPANY                                 :
LIMITED, GENEVALOR, BENBASSAT ET                             :
CIE, HERMES ASSET MANAGEMENT                                 :
LIMITED, THEMA ASSET MANAGEMENT                              :
(BERMUDA) LTD., THEMA ASSET                                  :
MANAGEMENT LIMITED, EQUUS ASSET                              :
MANAGEMENT LIMITED, EQUUS ASSET                              :
MANAGEMENT PARTNERS, L.P., AURELIA                           :
FUND MANAGEMENT LIMITED, INTER                               :
ASSET MANAGEMENT                                             :
INC., T+M TRUSTEESHIP & MANAGEMENT                           :
SERVICES S.A., GTM MANAGEMENT                                :
SERVICES CORP. N.V., AURELIA ASSET                           :

MANAGEMENT PARTNERS, CAPE
INVESTMENT ADVISORS LIMITED and
ERWIN KOHN,
              Defendants.

--------------------------------------------------------------- x

## NOTICE OF MOTION OF SAMUEL P. HERSHEY
## TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Samuel P. Hershey will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for the HSBC Defendants.[1]

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Defendants in this action.

Dated: New York, New York
       August 17, 2018

                                            Respectfully submitted,

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                            By:  */s/ Samuel P. Hershey*
                                                  Samuel P. Hershey

                                            One Liberty Plaza
                                            New York, New York  10006
                                            T: 212-225-2000
                                            F: 212-225-3999

                                            *Attorney for the HSBC Defendants*

---

[1] The HSBC Defendants include HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, NA, HSBC USA Inc., HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., and HSBC Private Bank (Suisse) S.A.