UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
SPV OSUS LTD., :
:
                Plaintiff, :
:
  -against- :
:
HSBC HOLDINGS PLC, HSBC BANK PLC, :
HSBC BANK USA, NA, HSBC USA INC., :
HSBC SECURITIES SERVICES (BERMUDA) :
LIMITED, HSBC INSTITUTIONAL TRUST :
SERVICES (BERMUDA) LIMITED, HSBC :
BANK BERMUDA LIMITED, HSBC :
SECURITIES SERVICES (LUXEMBOURG) :
S.A., HSBC BANK (CAYMAN) LIMITED, :
HSBC PRIVATE BANKING HOLDINGS :
(SUISSE) S.A., HSBC PRIVATE BANK :
(SUISSE) S.A., HSBC FUND SERVICES :
(LUXEMBOURG) S.A., SONIA KOHN, :
MARIO BENBASSAT, ALBERTO :
BENBASSAT, STEHPANE BENBASSAT, :
20:20 MEDICI AG, UNICREDIT BANK :
AUSTRIA AG, BA WORLDWIDE FUND : Case No. 18 Civ. 3497
MANAGEMENT LTD., UNICREDIT S.P.A., :
HERALD ASSET MANAGEMENT LIMITED, :
EUROVALEUR, INC., PIONEER :
ALTERNATIVE INVESTMENT :
MANAGEMENT LIMITED, ALPHA PRIME :
ASSET MANAGEMENT LTD., REGULUS :
ASSET MANAGEMENT LIMITED, :
CARRUBA ASSET MANAGEMENT :
LIMITED, TEREO TRUST COMPANY :
LIMITED, GENEVALOR, BENBASSAT ET :
CIE, HERMES ASSET MANAGEMENT :
LIMITED, THEMA ASSET MANAGEMENT :
(BERMUDA) LTD., THEMA ASSET :
MANAGEMENT LIMITED, EQUUS ASSET :
MANAGEMENT LIMITED, EQUUS ASSET :
MANAGEMENT PARTNERS, L.P., AURELIA :
FUND MANAGEMENT LIMITED, INTER :
ASSET MANAGEMENT :
INC., T+M TRUSTEESHIP & MANAGEMENT :
SERVICES S.A., GTM MANAGEMENT :
SERVICES CORP. N.V., AURELIA ASSET :

```
MANAGEMENT PARTNERS, CAPE
INVESTMENT ADVISORS LIMITED and
ERWIN KOHN,
                    Defendants.
-------------------------------------------------------------- x
```

## PROPOSED ORDER

Upon the motion for Samuel P. Hershey for leave to withdraw from this action as counsel for the HSBC Defendants,[1] **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated:

_____
United States District Judge

---

[1] The HSBC Defendants include HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, NA, HSBC USA Inc., HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., and HSBC Private Bank (Suisse) S.A.