UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SPV OSUS LTD.,

           Plaintiff,

-against-

HSBC HOLDINGS PLC, HSBC BANK PLC,
HSBC BANK USA, NA, HSBC USA INC.,
HSBC SECURITIES SERVICES (BERMUDA)
LIMITED, HSBC INSTITUTIONAL TRUST
SERVICES (BERMUDA) LIMITED, HSBC
BANK BERMUDA LIMITED, HSBC
SECURITIES SERVICES (LUXEMBOURG)
S.A., HSBC BANK (CAYMAN) LIMITED,
HSBC PRIVATE BANKING HOLDINGS
(SUISSE) S.A., HSBC PRIVATE BANK
(SUISSE) S.A., HSBC FUND SERVICES
(LUXEMBOURG) S.A., SONIA KOHN,
MARIO BENBASSAT, ALBERTO
BENBASSAT, STEHPANE BENBASSAT,
20:20 MEDICI AG, UNICREDIT BANK
AUSTRIA AG, BA WORLDWIDE FUND
MANAGEMENT LTD., UNICREDIT S.P.A.,
HERALD ASSET MANAGEMENT LIMITED,
EUROVALEUR, INC., PIONEER
ALTERNATIVE INVESTMENT
MANAGEMENT LIMITED, ALPHA PRIME
ASSET MANAGEMENT LTD., REGULUS
ASSET MANAGEMENT LIMITED,
CARRUBA ASSET MANAGEMENT
LIMITED, TEREO TRUST COMPANY
LIMITED, GENEVALOR, BENBASSAT ET
CIE, HERMES ASSET MANAGEMENT
LIMITED, THEMA ASSET MANAGEMENT
(BERMUDA) LTD., THEMA ASSET
MANAGEMENT LIMITED, EQUUS ASSET
MANAGEMENT LIMITED, EQUUS ASSET
MANAGEMENT PARTNERS, L.P., AURELIA
FUND MANAGEMENT LIMITED, INTER
ASSET MANAGEMENT
INC., T+M TRUSTEESHIP & MANAGEMENT
SERVICES S.A., GTM MANAGEMENT
SERVICES CORP. N.V., AURELIA ASSET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 20 2018

Case No. 18 Civ. 3497

MANAGEMENT PARTNERS, CAPE
INVESTMENT ADVISORS LIMITED and
ERWIN KOHN,
                      Defendants.

--------------------------------------------------------------- x

## PROPOSED ORDER

Upon the motion for Samuel P. Hershey for leave to withdraw from this action as counsel for the HSBC Defendants,[1] **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: 8/17/18

_____
United States District Judge

---

[1] The HSBC Defendants include HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, NA, HSBC USA Inc., HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., and HSBC Private Bank (Suisse) S.A.