# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x

SPV OSUS LTD.,

                Plaintiff,

     -against-

HSBC HOLDINGS PLC, HSBC BANK PLC,
HSBC BANK USA, NA, HSBC USA INC.,
HSBC SECURITIES SERVICES
(BERMUDA) LIMITED, HSBC
INSTITUTIONAL TRUST SERVICES
(BERMUDA) LIMITED, HSBC BANK
BERMUDA LIMITED, HSBC SECURITIES
SERVICES (LUXEMBOURG) S.A., HSBC
BANK (CAYMAN) LIMITED, HSBC
PRIVATE BANKING HOLDINGS (SUISSE)
S.A., HSBC PRIVATE BANK (SUISSE) S.A.,
HSBC FUND SERVICES (LUXEMBOURG)
S.A., SONIA KOHN, MARIO BENBASSAT,
ALBERTO BENBASSAT, STEHPANE
BENBASSAT, 20:20 MEDICI AG,
UNICREDIT BANK AUSTRIA AG, BA
WORLDWIDE FUND MANAGEMENT
LTD., UNICREDIT S.P.A., HERALD ASSET
MANAGEMENT LIMITED, EUROVALEUR,
INC., PIONEER ALTERNATIVE
INVESTMENT MANAGEMENT LIMITED,
ALPHA PRIME ASSET MANAGEMENT
LTD., REGULUS ASSET MANAGEMENT
LIMITED, CARRUBA ASSET
MANAGEMENT LIMITED, TEREO TRUST
COMPANY LIMITED, GENEVALOR,
BENBASSAT ET CIE, HERMES ASSET
MANAGEMENT LIMITED, THEMA ASSET
MANAGEMENT (BERMUDA) LTD.,
THEMA ASSET MANAGEMENT LIMITED,
EQUUS ASSET MANAGEMENT LIMITED,
EQUUS ASSET MANAGEMENT
PARTNERS, L.P., AURELIA FUND
MANAGEMENT LIMITED, INTER ASSET
MANAGEMENT
INC., T+M TRUSTEESHIP &
MANAGEMENT SERVICES S.A., GTM
MANAGEMENT SERVICES CORP. N.V.,
AURELIA ASSET MANAGEMENT

Case No. 18 Civ. 3497

PARTNERS, CAPE INVESTMENT     :
ADVISORS LIMITED and ERWIN KOHN,  :
             Defendants.    :
------------------------------------------------------- x

## SECOND STIPULATED BRIEFING SCHEDULE

WHEREAS, on December 11, 2014, Plaintiff SPV OSUS Ltd. ("SPV") filed a Summons and Complaint in the Supreme Court of the State of New York, County of New York, captioned *SPV OSUS Ltd. v. HSBC Holdings plc, et al.*, Index No. 162259/2014 (the "Action");

WHEREAS, on March 28, 2018, SPV filed an amended complaint, which, among other things, added HSBC USA Inc. ("HUSI") as a defendant;

WHEREAS, on March 29, 2018, SPV filed a corrected amended complaint, which solely corrected certain errors in the caption of the amended complaint (the "Amended Complaint");

WHEREAS, on April 20, 2018, HUSI removed the Action to this Court (the "Removal Date");

WHEREAS, on April 25, 2018, the Court entered a stipulated briefing schedule on Defendants' motion to dismiss the Amended Complaint, which set certain time and page limitations for consolidated and supplemental individual briefing on the same (the "Stipulated Briefing Schedule");

WHEREAS, on July 5, 2018, pursuant to the Stipulated Briefing Schedule, Defendants moved to dismiss the Amended Complaint and filed a consolidated brief (ECF No. 46) and certain supplemental individual briefs (ECF Nos. 49-54);

WHEREAS, on July 24, 2018, the Court entered an order permitting Plaintiff to file a further amended complaint;

WHEREAS, on August 15, 2018, Plaintiff filed its amended complaint pursuant to the Court's order of July 24, 2018 ("Operative Amended Complaint");

2

WHEREAS, the parties have met and conferred regarding a briefing schedule for Defendants' motion to dismiss the Operative Amended Complaint;

WHEREAS, in light of the numerous Defendants involved in this case, and in the interest of reducing the burden on the Court, the parties have agreed to a second consolidated briefing schedule;

NOW, THEREFORE, it is hereby stipulated and agreed (this "Stipulation"),[1] subject to the approval of the Court, as follows:

1.      On or before September 21, 2018, Defendants shall file an amended consolidated memorandum of law in support of their motion to dismiss the Operative Amended Complaint (the "Consolidated Motion to Dismiss").  The Consolidated Motion to Dismiss shall not exceed fifty (50) pages in length.

2.      On or before the date on which Defendants file the Consolidated Motion to Dismiss, any Defendant or group of Defendants may file an amended supplemental memorandum of law that raises additional or different grounds or arguments for dismissal that are specific to the particular Defendant or group of Defendants and have not otherwise been raised in the Consolidated Motion to Dismiss (each, an "Individual Supplemental Brief").  Each Individual Supplemental Brief shall not exceed ten (10) pages in length; provided, however, that if two or more Defendants join in one Individual Supplemental Brief, such Individual Supplemental Brief shall not exceed fifteen (15) pages in length.

---

[1]      Plaintiff and Defendants otherwise reserve any and all of their respective rights and objections, including, without limitation, Defendants' right to object to jurisdiction, venue and service of process.

3.      On or before the date that is 60 days from the date on which Defendants file the Consolidated Motion to Dismiss, Plaintiff shall file a consolidated memorandum of law in opposition to the Consolidated Motion to Dismiss (the "Opposition Brief"). The Opposition Brief shall not exceed fifty (50) pages in length.

4.      On or before the date on which Plaintiff files the Opposition Brief, Plaintiff shall file a supplemental memorandum of law in opposition to each Individual Supplemental Brief (each, an "Individual Opposition Brief"). The Individual Opposition Briefs shall not exceed ten (10) pages in length; provided, however, that if two or more Defendants joined an Individual Supplemental Brief to which an Individual Opposition Brief responds, such Individual Opposition Brief shall not exceed fifteen (15) pages in length.

5.      On or before the date that is 30 days after the date on which Plaintiff file the Opposition Brief, Defendants shall file a consolidated reply memorandum of law in further support of the Consolidated Motion to Dismiss (the "Consolidated Reply Brief"). The Consolidated Reply Brief shall not exceed twenty-five (25) pages in length.

6.      On or before the date on which Defendants file the Consolidated Reply Brief, any Defendant or group of Defendants that filed an Individual Supplemental Brief may file a supplemental reply memorandum of law that raises arguments in reply that are specific to the particular Defendant or group of Defendants and have not been otherwise raised in the Consolidated Reply Brief (each, an "Individual Reply Brief"). Each Individual Reply Brief shall not exceed five (5) pages in length; provided, however, that if two or more Defendants join together in a single Individual Reply Brief, such Individual Reply Brief shall not exceed ten (10) pages in length.

4

Dated: August 23, 2018

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*Thomas J. Moloney* by JMK w/ permission

Thomas J. Moloney
Diarra M. Guthrie
Samuel P. Hershey
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
tmoloney@cgsh.com
dguthrie@cgsh.com
shershe@cgsh.com

*Attorneys for HSBC Holdings plc, HSBC
Bank plc, HSBC Bank USA, NA, HSBC USA
Inc., HSBC Securities Services (Bermuda)
Limited, HSBC Institutional Trust Services
(Bermuda) Limited, HSBC Bank Bermuda
Limited, HSBC Securities Services
(Luxembourg) S.A., HSBC Bank (Cayman)
Limited, HSBC Private Banking Holdings
(Suisse) S.A., and HSBC Private Bank
(Suisse) S.A.*

SULLIVAN & WORCESTER LLP

*Mitchell C. Stein* by JMK w/ permission

Franklin B. Velie
(fvelie@sandw.com)
Jonathan G. Kortmansky
(jkortmansky@sandw.com)
Mitchell C. Stein
(mstein@sandw.com)
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Fax: (212) 660-3001

*Attorneys for Defendant UniCredit Bank
Austria AG*

YETTER COLEMAN LLP

*Collin J. Cox* by JMK w/ permission

R. Paul Yetter
(pyetter@yettercoleman.com)
Collin J. Cox
(ccox@yettercoleman.com)
James E. Zucker
(jzucker@yettercoleman.com)
Autry W. Ross
(aross@yettercoleman.com)
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8000
Fax: (713) 632-8002

LAW OFFICE OF MATTHEW C. HEERDE

*Matthew C. Heerde* by JMK w/ permission

Matthew C. Heerde
(mheerde@heerdelaw.com)
222 Broadway 19th Floor
New York, New York 10038
Telephone: (347) 460-3588
Fax: (347) 535-3588

*Attorneys For Plaintiff SPV OSUS Ltd.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

*Susan L. Saltzstein* by JMK w/ permission

Susan L. Saltzstein
(susan.saltzstein@skadden.com)
Jeremy A. Berman
(jeremy.berman@skadden.com)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendants UniCredit S.p.A.
and Pioneer Alternative Investment
Management Limited*

5

GOODWIN PROCTER LLP
*William P. Weintraub by JMK w/ permission*
William P. Weintraub
(WWeintraub@Goodwinlaw.com)
Gregory W. Fox
(GFox@Goodwinlaw.com)
Elizabeth M. Zito
(EZito@goodwinlaw.com)
Marshall H. Fishman
(MFishman@goodwinlaw.com)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8839
Fax: (212) 419-0964

*Attorneys for Defendant T+M Trusteeship &*
*Management Services S.A.*

DEBEVOISE & PLIMPTON LLP
*Shannon Rose Selden by JMK w/ permission*
Shannon Rose Selden
(srselden@debevoise.com)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants Hermes Asset*
*Management Limited, Thema Asset*
*Management (Bermuda) Ltd., Thema Asset*
*Management Limited, Equus Asset*
*Management Limited, and Equus Asset*
*Management Partners, L.P.*

DUFFY AMEDEO LLP
*Todd E. Duffy by JMK w/ permission*
Todd E. Duffy
(tduffy@duffyamedeo.com)
Douglas A. Amedeo
(damedeo@duffyamedeo.com)
275 Seventh Avenue, 7th Floor
New York, New York 10001
Telephone: (212) 729-5831
Fax: (212) 208-2437

*Attorney for Defendants Alpha Prime Asset*
*Management Ltd., Regulus Asset*
*Management Limited, Carruba Asset*
*Management Limited, and Tereo Trust*
*Company Limited*

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE