UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SPV OSUS LTD.,

                Plaintiff,

    -against-

HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK USA, NA, HSBC USA INC., HSBC SECURITIES SERVICES (BERMUDA) LIMITED, HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED, HSBC BANK BERMUDA LIMITED, HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., HSBC BANK (CAYMAN) LIMITED, HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A., HSBC PRIVATE BANK (SUISSE) S.A., HSBC FUND SERVICES (LUXEMBOURG) S.A., SONIA KOHN, MARIO BENBASSAT, ALBERTO BENBASSAT, STEHPANE BENBASSAT, 20:20 MEDICI AG, UNICREDIT BANK AUSTRIA AG, BA WORLDWIDE FUND MANAGEMENT LTD., UNICREDIT S.P.A., HERALD ASSET MANAGEMENT LIMITED, EUROVALEUR, INC., PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED, ALPHA PRIME ASSET MANAGEMENT LTD., REGULUS ASSET MANAGEMENT LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, TEREO TRUST COMPANY LIMITED, GENEVALOR, BENBASSAT ET CIE, HERMES ASSET MANAGEMENT LIMITED, THEMA ASSET MANAGEMENT (BERMUDA) LTD., THEMA ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT PARTNERS, L.P., AURELIA FUND MANAGEMENT LIMITED, INTER ASSET MANAGEMENT INC., T+M TRUSTEESHIP & MANAGEMENT SERVICES S.A., GTM MANAGEMENT SERVICES CORP. N.V., AURELIA ASSET MANAGEMENT PARTNERS, CAPE INVESTMENT ADVISORS LIMITED and ERWIN KOHN,

                Defendants.
-------------------------------------------------------------x

Case No. 18-3497 (AJN)

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss, the Declaration of Thomas J. Moloney, dated September 21, 2018, and the exhibits appended thereto, the supplemental memoranda of law filed by individual Defendants, and all prior pleadings and proceedings herein, pursuant to Rules 9(b), 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants[1] will move this Court, at a date and time to be determined by the Court, for an order dismissing, with prejudice, the complaint filed by plaintiff SPV OSUS Ltd. on December 11, 2014, as amended on August 15, 2018, and corrected on August 20, 2018.

---

[1] Defendants are HSBC Holdings plc; HSBC Bank plc; HSBC Bank USA, NA; HSBC USA Inc.; HSBC Securities Services (Bermuda) Limited; HSBC Institutional Trust Services (Bermuda) Limited; HSBC Bank Bermuda Limited; HSBC Securities Services (Luxembourg) S.A.; HSBC Bank (Cayman) Limited; HSBC Private Banking Holdings (Suisse) S.A.; HSBC Private Bank (Suisse) S.A.; Unicredit Bank Austria AG; UniCredit S.p.A.; Pioneer Alternative Investment Management Limited, now known as PAI Management Limited; Alpha Prime Asset Management Ltd.; Regulus Asset Management Limited; Carruba Asset Management Limited; Tereo Trust Company Limited; Hermes Asset Management Limited; Thema Asset Management (Bermuda) Ltd.; Thema Asset Management Limited; Equus Asset Management Limited; Equus Asset Management Partners, L.P.; Aurelia Fund Management Limited; T+M Trusteeship & Management Services S.A.; and Cape Investment Advisors Limited.

Dated: New York, New York
September 21, 2018

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: */s/ Thomas J. Moloney*
            Thomas J. Moloney

        One Liberty Plaza
        New York, New York  10006
        Telephone: 212-225-2000
        Fax: 212-225-3999

*Attorney for HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, NA, HSBC USA Inc., HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., and HSBC Private Bank (Suisse) S.A. and with authority from attorneys for the other Defendants*

TO:    All Counsel of Record (via ECF)