UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPV OSUS LTD., <br><br>     Plaintiff, <br><br> -against- <br><br> HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK USA, NA, HSBC USA INC., HSBC SECURITIES SERVICES (BERMUDA) LIMITED, HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED, HSBC BANK BERMUDA LIMITED, HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., HSBC BANK (CAYMAN) LIMITED, HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A., HSBC PRIVATE BANK (SUISSE) S.A., HSBC FUND SERVICES (LUXEMBOURG) S.A., SONIA KOHN, MARIO BENBASSAT, ALBERTO BENBASSAT, STEHPANE BENBASSAT, 20:20 MEDICI AG, UNICREDIT BANK AUSTRIA AG, BA WORLDWIDE FUND MANAGEMENT LTD., UNICREDIT S.P.A., HERALD ASSET MANAGEMENT LIMITED, EUROVALEUR, INC., PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED, ALPHA PRIME ASSET MANAGEMENT LTD., REGULUS ASSET MANAGEMENT LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, TEREO TRUST COMPANY LIMITED, GENEVALOR, BENBASSAT ET CIE, HERMES ASSET MANAGEMENT LIMITED, THEMA ASSET MANAGEMENT (BERMUDA) LTD., THEMA ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT LIMITED, EQUUS ASSET MANAGEMENT PARTNERS, L.P., AURELIA FUND MANAGEMENT LIMITED, INTER ASSET MANAGEMENT INC., T+M TRUSTEESHIP & | **STIPULATION AND ORDER OF DISMISSAL** <br><br> Case No. 18-3497 (AJN) |

> MANAGEMENT SERVICES S.A., GTM
> MANAGEMENT SERVICES CORP. N.V.,
> AURELIA ASSET MANAGEMENT
> PARTNERS, CAPE INVESTMENT
> ADVISORS LIMITED and ERWIN KOHN,
>
> Defendants.

**WHEREAS**, plaintiff SPV OSUS Ltd. and the HSBC Defendants[1] have reached a settlement agreement and now desire to resolve the remaining issues raised as between them in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice as against the HSBC Defendants without costs.

---

[1] The HSBC Defendants include HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A., HSBC USA Inc., HSBC Securities Services (Bermuda) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank Bermuda Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., and HSBC Private Bank (Suisse) S.A.

[AM_ACTIVE 401087123_3]

Dated:  February 11, 2019

<table>
<tr><td>

YETTER COLEMAN LLP

_____
Collin J. Cox

811 Main Street, Suite 4100
Houston, Texas 77002
T: 713-632-8000
F: 713-632-8002
(ccox@yettercoleman.com)

</td><td>

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Thomas J. Moloney

One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
(tmoloney@cgsh.com)

*Attorney for the HSBC Defendants*

</td></tr>
</table>

LAW OFFICE OF MATTHEW C. HEERDE

_____
Matthew C. Heerde

222 Broadway 19th Floor
New York, New York 10038
Telephone: (347) 460-3588
Fax: (347) 535-3588
(mheerde@heerdelaw.com)

*Attorneys for Plaintiff SPV OSUS Ltd.*

SO ORDERED:

_____
HON. ALISON J. NATHAN, U.S.D.J.

Dated:   New York, New York
             February _____, 2019