UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

SPV Osus Ltd.

                Plaintiff,

Case No.  1:18-cv-03497-AJN

-against-

HSBC Holdings PLC et.al.

                Defendant.

-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jonathan G. Kortmansky**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is  2704682

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sullivan & Worcester LLP
                FIRM ADDRESS: 1633 Broadway New York, NY 10019
                FIRM TELEPHONE NUMBER: 212-660-3000
                FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: Pierce Bainbridge Beck Price & Hecht LLP
                FIRM ADDRESS: 277 Park Ave 45th Floor, NY, NY 10010
              FIRM TELEPHONE NUMBER: 212-484-9866
              FIRM FAX NUMBER:

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/20/2019

_____
ATTORNEY'S SIGNATURE