UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SPV Osus Ltd.

                            Plaintiff,

          -against-

HSBC Holdings PLC et.al.

                          Defendant.
-------------------------------------------------------

Case No.  1:18-cv-03497-AJN

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending         ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Franklin B. Velie
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _1461698_____

I am,

☑    An attorney

☐    A Government Agency attorney

☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:__Sullivan & Worcester LLP_____
                  FIRM ADDRESS:_1633 Broadway New York, NY 10019___
                  FIRM TELEPHONE NUMBER:_212-660-3000_____
                  FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:__Pierce Bainbridge Beck Price & Hecht LLP_____
                  FIRM ADDRESS:_277 Park Ave 45th Floor, NY, NY 10010___
                  FIRM TELEPHONE NUMBER:_212-484-9866_____
                  FIRM FAX NUMBER:_____

☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  3/20/2019

_____
ATTORNEY'S SIGNATURE